UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND A. FORSMAN,

                Plaintiff,

   v.

PORT OF SEATTLE, et al.,

                Defendants.

Case No. C23-1394-RSM

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B).  *See, e.g., Forsman v. Port of Seattle*, C21-0867-RSM.  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

    Dated this 19th day of September, 2023.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge